IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEFFREY MICHAEL STANLEY,

        Appellant,

 v.                                                    Case No.  5D21-2152
                                                       LT Case No. 2012-CF-054598-A


STATE OF FLORIDA,

        Appellee.

_____/

Decision filed September 27, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Bryan D. Savy, of Bross & Savy, PLLC,
West Melbourne, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris, and
Alyssa M. Williams, Assistant Attorneys
General, Daytona Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

WALLIS, EDWARDS and SASSO, JJ., concur.